# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 19-20021-CMB |
| | ) | |
| PATRICIA M. NOAH | ) | Chapter 7 |
| | ) | |
|     Debtor(s), | ) | |
| | ) | |
| Pamela J. Wilson, Trustee | ) | Doc. No. |
| | ) | |
|     Movant, | ) | |
| | ) | |
|     v. | ) | |
| | ) | |
| No Respondent | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on March 11, 2022, I served or caused to be served a copy of the Trustee's Motion to Accept Payment from Debtor to Redeem Equity in Real Property in Lieu of Sale and Notice of Hearing with Response Deadline filed in this matter, on the attached clerk's mailing matrix via first-class mail, postage prepaid.

Dated: 3/11/22

    */s/ Pamela J. Wilson*
    Pamela J. Wilson, Trustee
    810 Vermont Avenue
    Pittsburgh, PA 15234
    pwilson@pjwlaw.net
    412.341.4323
    PA I.D. # 77011