| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-2<br>Case 19-20021-CMB<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Pittsburgh<br>Fri Mar 11 11:45:26 EST 2022 | Chrysler Capital<br>Attn: Bankruptcy Dept.<br>P.O. Box 961278<br>Fort Worth, TX 76161-0278 | Chrysler Capital<br>P.O. Box 961275<br>Fort Worth, TX 76161-0275 |
| Kevin Scott Frankel<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive<br>Suite 150<br>King of Prussia, PA 19406-4702 | Lorraine Gazzara Doyle<br>Milstead & Associates, LLC<br>1 E. Stow Road<br>Marlton, NJ 08053-3118 | LVNV Funding LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Midland Funding LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Anthony M. Moody<br>Moody Law Offices<br>90 WEST CHESTNUT STE 603<br>WASHINGTON, PA 15301-4524 | Mr. Cooper<br>8950 Cypress Waters Blvd.<br>Coppell, TX 75019-4620 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>PO Box 619096<br>Dallas, TX 75261-9096 | Patricia M. Noah<br>143 Steubenville Pike<br>Burgettstown, PA 15021-8531 | Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 |
| (p)PNC BANK RETAIL LENDING<br>P O BOX 94982<br>CLEVELAND OH 44101-4982 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Quantum3 Group LLC as agent for<br>GPCC I LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | SN Servicing Corporation as Servicer for U.S<br>c/o Friedman Vartolo, LLP<br>85 Broad Street, Suite 501<br>New York, NY 10004-1734 | US Bank Trust National Association<br>as Trustee for Igloo Series IV Trust<br>c/o SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501-0305 |
| US Bank Trust National Association as Truste<br>323 5th Street<br>Eureka, CA 95501-0305 | Pamela J Wilson<br>810 Vermont Avenue<br>Pittsburgh, PA 15234-1222 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

PNC Bank, N.A.
PO Box 94982
Cleveland, OH 44101

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)LVNV Funding, LLC                (u)Nationstar Mortgage LLC d/b/a Mr. Cooper         (d)Pamela J. Wilson
Resurgent Capital Services                                                              810 Vermont Avenue
PO Box 10587                                                                            Pittsburgh, PA 15234-1222
Greenville, SC 29603-0587



(d)Pamela J. Wilson                 End of Label Matrix
810 Vermont Avenue                  Mailable recipients   19
Pittsburgh, PA 15234-1222           Bypassed recipients    4
                                    Total                 23
```